Rudolph Fischman et al., defendants in error, v. Frank C. Roe, plaintiff in error. Gen. No. 34,046.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed July 7, 1930.

W. J. Lewis and Charles C. Mull, for plaintiff in error. Lefkovits & Lefkovits, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

William O. Goodrich Company, appellant, v. Peterson Core Oil Manufacturing Company, appellee. Gen. No. 34,264.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed July 7, 1930. Rehearing denied July 15, 1930.

Walter E. Moss, for appellant; Rolla Babcock, of counsel. Samuel Block, for appellee; George A. Gordon, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

James J. Brown Plastering Company, appellee, v. Nathan Grossman, appellant. Gen. No. 34,241.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed July 7, 1930.

Goodnow, Allaben & Snewind, for appellant; C. D. Snewind, of counsel. A. S. & E. W. Froehlich, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

John J. Nolan, appellant, v. Joseph E. Lindquist et al., appellees. Gen. No. 34,141.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed July 10, 1930.

John F. Higgins and Myer H. Gladstone, for appellant. Kern, Stiefel & Stiefel, for certain appellee; Charles W. Stiefel, Jr., of counsel.

Mr. Justice Gridley delivered the opinion of the court.